1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,              No. 2:97-CR-0039-JAM-CMK

12                  Respondent,

13          vs.                             <u>FINDINGS AND RECOMMENDATIONS</u>

14   EDUARDO PINEDA,

15                  Movant.

16   _____/

17          Movant, a federal prisoner proceeding pro se, brings this motion to correct or set

18   aside a criminal judgment pursuant to 28 U.S.C. § 2255.  Pending before the court is

19   respondent's unopposed motion to dismiss (Doc. 124) for lack of jurisdiction.

20          Movant was convicted on January 21, 1998, of possession of methamphetamine

21   with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1).  Movant was sentenced to life

22   in prison on May 14, 1998.  On December 26, 2000, movant filed a motion to vacate or set aside

23   the sentence under 28 U.S.C. § 2255.  That motion was denied on the merits on November 28,

24   2001.  Movant's request for a certificate of appealability was denied by the Ninth Circuit Court

25   of Appeals on December 22, 2011.  Movant filed the instant second § 2255 motion on November

26   15, 2013.

1          The court agrees with respondent that the instant petition cannot be entertained

2    because movant has not obtained prior authorization from the Ninth Circuit Court of Appeals.

3    See United States v. Washington, 653 F.3d 1057, 1059 (9th Cir. 2011) (holding that a federal

4    prisoner is limited to one § 2255 motion); see also Alaimalo v. United States, 645 F.3d 1042,

5    1054 (9th Cir. 2011) (holding that a second or successive § 2255 motion may not be considered

6    by the district court unless petitioner obtains a certificate from the circuit court authorizing the

7    district court to do so).

8          Based on the foregoing, the undersigned recommends that respondent's

9    unopposed motion to dismiss (Doc. 124) be granted.

10          These findings and recommendations are submitted to the United States District

11    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

12    after being served with these findings and recommendations, any party may file written

13    objections with the court.  Responses to objections shall be filed within 14 days after service of

14    objections.  Failure to file objections within the specified time may waive the right to appeal.

15    See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

16

17      DATED:  October 30, 2014

18
19                                            **CRAIG M. KELLISON**

                                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26