# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:97-CR-0039-JAM-CMK |
| Respondent, | |
| vs. | ORDER |
| EDUARDO PINEDA, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, brought a motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. The court granted respondent's motion to dismiss and the case was closed on March 23, 2015. Movant did not appeal. Pending before the court is movant's motion for the appointment of counsel (Doc. 128). Because movant's case is closed, movant's motion is denied as moot.

IT IS SO ORDERED.

DATED: December 1, 2017

                                                   /s/ Craig M. Kellison
                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE

1