IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:97-00039-JAM |
| Plaintiff, | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| v. | ) ) | |
| EDUARDO PINEDA, | ) ) | |
| Defendant. | ) ) | |

On May 30, 2023, the defendant in the above-entitled action filed a pro se motion for appointment of counsel. Pursuant to 18 U.S.C. § 3006A, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is **APPOINTED** to represent the defendant.

IT IS SO ORDERED.

Dated: June 30, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE